IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SARAH GILLERT,

    Plaintiff,                                    JUDGMENT IN A CIVIL CASE

v.                                             Case No. 11-cv-671-bbc

CAROLYN COLVIN,
Acting Commissioner of Social Security,

    Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Sarah Gillert attorney fees and expenses in the amount of $6,800 under the Equal Access to Justice Act.

| /s/ | 4/19/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |